IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ELZY P. EDWARDS**,                                                              No. CV 09-182-MO

          Plaintiff,                                                                        JUDGMENT

    v.

**IKEA OREGON, LLC**,

          Defendant.

**MOSMAN, J.,**

    Based upon Plaintiff's Unopposed Motion to Dismiss (#40),

    IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss (#40) is GRANTED and this action is DISMISSED with prejudice and without costs or fees to either party. Any remaining motions are DENIED as moot.

    DATED this  13th  day of September, 2010.

                                                  /s/ Michael W. Mosman
                                                  MICHAEL W. MOSMAN
                                                  United States District Judge